FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:34 pm, Nov 16, 2023
JEFFREY P. COLWELL, CLERK

**Maverick A. Young**
**WITSEC Informant**
**ACP# 600013581**
1001 E 62nd Ave
Apt. 1695
Denver, CO
80216

**Attorney General Phil Weiser**
1525 N Sherman St
Denver, CO
80203

**Weld County Court**
915 10th Street
Greeley, CO 80631

**Clerk of Court**
Byron G. Rogers Courthouse
1929 Stout Street
Denver, CO 80294

## Urgent Complaint – Tenant Issues, Forgery, Fraud, and Property Concerns

Dear Attorney General Weiser,

I am writing to draw your attention to critical matters in my current legal situation, necessitating prompt legal intervention based on federal and state laws.

Summary of Recent Incidents:

1. Forged Eviction Papers: The attorney against whom I am testifying has presented forged eviction documents in two cases, potentially violating U.S. Federal Code Title 18 (18 U.S.C. § 1621).

2. Law Firm Misconduct: Unethical conduct by the law firm, including deceptive client representation, warrants legal action for the firm's closure, potentially violating U.S. Federal Code Title 18 (18 U.S.C. § 1341).

3. Property Investigations: Urgent investigations are required into specified properties, potential document forgery, and ADA compliance, potentially violating U.S. Federal Code Title 42 (42 U.S.C. § 12101) and Colorado State Code Title 12.

4. Fire Safety Concerns: Over 35 fire alarm responses have exacerbated PTSD, potentially violating U.S. Federal Code Title 29 (29 U.S.C. § 794) and Colorado State Code Title 12.

5. Harassment and Personal Intrusions: Unwanted personal emails disrupting the professional environment may potentially violate federal and state laws.

**Additional Property Concerns:**

1. Injury on Property: Potential violations of state and federal regulations may have occurred due to a lack of stairs off the patio.

2. Inability to Pass Inspection: Failure to pass inspections raises compliance concerns with state and federal laws.

3. Major Leak and Inadequate Response: A significant leak causing disruptions and potential violations of state and federal regulations.

4. Unlawful Entry: Unauthorized entry incidents may potentially violate tenant rights and federal and state regulations.

5. Unaddressed Concerns and Maintenance Requests: Ongoing unmet maintenance requests may potentially violate state and federal laws.

**Requested Actions:**

1. Comprehensive Investigation: Conduct a thorough inquiry into forged eviction documents and potential class action lawsuits for legal malpractices.

2. Law Firm Closure: Initiate legal measures for the lawful closure of the law firm, safeguarding tenant interests and legal standards.

3. Property Investigations: Conduct detailed inquiries into specified properties to uncover document forgery and ensure ADA compliance.

4. Fire Safety Enhancements: Collaborate for critical safety measures.

5. Harassment Cessation: Immediately cease unsolicited emails.

6. Injury Compensation: Seek appropriate compensation.

7. Major Leak Resolution: Seek fair compensation and resolution.

8. Prevent Unlawful Entry: Ensure and address unauthorized entries.

9. Timely Maintenance: Promptly address concerns and requests.

Provision Request:

I request a provision to halt eviction proceedings and address ongoing mail fraud in compliance with relevant federal and state codes.

"I am Mr. Young's assistant and primary caregiver as he is a disabled individual. I want to provide examples of grievances and lack of responses and actions that have occurred from DHIR Cottonwood Hallow LLC.

As I am in daily interaction at the residence, I have witnessed numerous violations. From the beginning, the leasing agent did not acknowledge or take seriously that Mr. Young is a disabled person. There was also confusion regarding services that would be included in the lease. The first of which was trash service. Originally, it was stated that trash service was to be a valet service, in which the trash would be picked up daily from the porch. Not only did this never occur, communication that a weekly trash service would occur was never conveyed. Trash bins were never provided to Mr. Young, but other residents received them and trash service. After numerous requests, one solution provided by a leasing agent was to use the dumpsters that were located throughout the property. These dumpsters belong to the construction company and would require Mr. Young to walk to the nearest dumpster to dispose of his trash, hundreds of yards away through an active construction site. After more requests, bins were finally provided in April. It should be noted that many residents moved in from January to April, and all received appropriate trash bins and curbside trash service. DHIR Cottonwood Hallow LLC is negligent and discriminatory by not providing trash bins for trash service.

Another source of confusion and miscommunication was with regard to snow removal. Originally, it was stated that snow removal on the property would be completed by the maintenance crew. Although the sidewalks were cleared, driveways were not. This also led to a potential hazard. Even though I cleared the driveway, there was a very thick layer of ice that accumulated around the steps going into the residence from water dripping from the roof.

Upon moving into the residence on January 20, 2023, Mr. Young provided DHIR Cottonwood Hallow LLC with the appropriate list of items that were of concern. Please keep in mind that this was a brand new house. There were several things wrong from the beginning, including non-working outlets, bubbled flooring, damage to the cabinets, damage to the second bathroom's shower/tub, and a nonworking ADT system that was included in the lease. At the time of this letter, NONE of these have been addressed or repaired. It was later found that the air conditioning unit was not working. After being told that it had to be a certain temperature for a period of time before it would be charged, it was charged the next day. This continues to show the pattern of lack of communication and not repairing things as well as continual conflicting responses from the leasing agents. At one point, it was decided that windows would be put into the garage doors throughout the community. The notification of this process came by an installer knocking on the door and stating that he would be back in a few hours. A white panel of

windows was put in on a brown garage door. DHIR Cottonwood Hallow LLC has yet to have painters complete the project. The panel of windows on the garage door remains white while the rest of the garage door is brown.

The back porch is the most negligent of grievances. It is a covered patio, with one railing on one end of it. The drop onto the backyard ranges from 26" to 22." There are no steps. Even as an able-bodied person, it is difficult to have access to the backyard. Ultimately, Mr. Young was injured trying to step down into the backyard. This occurred after requesting that accommodations be made to fully access the area. It should be noted that a residence with a similar backyard setup will have appropriate steps to the backyard, while Mr. Young's request has yet to be fulfilled. Additionally, the front porch has steps and railing. The drop on the front porch ranges from 18.5"-26.5."

 The significance of this injury not only impacted Mr.

 Young's physical and emotional well-being, but it also greatly impacted him financially as he was unable to work. His recovery has been slow. He is living with limited mobility and in immense pain that has impeded his ability to complete tasks he was able to do prior; both personal and work-related.

As time went on, more maintenance requests were made and not acknowledged or completed within 48 hours, as it is stated in the lease. Although an outside light bulb was replaced, the ADT system is still not working even though the monthly charge is ongoing. Additionally, the toilet was not flushing, the stove is not fully functioning, the automatic door lock does not properly work, the garbage disposal does not work, and the sink leaks. Multiple requests have been put in, with only one response that someone was coming the day of but never showed to complete the work. DHIR Cottonwood Hallow LLC has not completed these current requests nor the original ones from the move-in date.

From the beginning, basic necessities that have not worked have never been acknowledged or repaired but rather compounded as more and more things became nonfunctioning. There is a clear pattern of not only lack of communication and action but also negligence both in general as specific as an injury was suffered on DHIR Cottonwood Hallow LLC's poorly maintained property. As a protected individual, Mr. Young has faced discrimination by DHIR Cottonwood Hallow LLC. Since January, Mr. Young has followed protocol and has been proactive in correcting concerns and accommodations." - **T.S.H.**

If questions arise or you would like further information about what I have witnessed, please contact me directly. I appreciate your attention in this matter, and it is becoming more and more urgent with each passing day.

**Claim for Damages:**

I now claim $25 million in damages due to severe harm in compliance with federal and state regulations.

Your professional expertise and guidance in these matters are urgently sought. I request your earliest availability for a consultation. Thank you for your immediate consideration.

Sincerely,

**M.A.Y. Protected Informant**